■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSCOE M. MITCHELL, Appellant.

Appeal dismissed (see, People v Lester, 137 AD2d 871; People v Harvey, 124 AD2d 943, lv denied 69 NY2d 746). Mahoney, P. J., Mikoll, Yesawich, Jr., Harvey and Mercure, JJ., concur.